UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER FREEMAN,<br><br>                          Plaintiff,<br><br>                v.<br><br>STAKE.COM, PRIMEDICE, EDWARD CRAVEN, and BIJAN TEHRANI,<br><br>                        Defendants. | 22-CV-7002 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      An initial pretrial conference is scheduled in this matter for October 21, 2022.  Pursuant to the Court's August 24, 2022 Order, the parties were obligated to submit a proposed case management plan and joint letter by October 14, 2022.  As of the date of this order, the parties have not filed these materials.  The parties are directed to file a joint status letter and proposed case management plan no later than October 20, 2022.

SO ORDERED.

Dated:     October 18, 2022
              New York, New York

                                                                 Hon. Ronnie Abrams
                                                                 United States District Judge