AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| CHRISTOPHER FREEMAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-07002-RA |
| STAKE.COM, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STAKE.COM, PRIMEDICE, EDWARD CRAVEN, and BIJAN TEHRANI.

Date: 11/22/2022

/s/ David McGill
*Attorney's signature*

David McGill (DM5632)
*Printed name and bar number*

Orrick, Herrington & Sutcliffe, LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706
*Address*

dmcgill@orrick.com
*E-mail address*

(202) 339-8400
*Telephone number*

(202) 339-8500
*FAX number*