AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| CHRISTOPHER FREEMAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cv-07002-RA |
| STAKE.COM, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STAKE.COM, PRIMEDICE, EDWARD CRAVEN, and BIJAN TEHRANI                                      .

Date:     11/22/2022

/s/ R. David Hosp
*Attorney's signature*

R. David Hosp (RH3344)
*Printed name and bar number*

Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, NY 10019-6142
*Address*

dhosp@orrick.com
*E-mail address*

(212) 506-5000
*Telephone number*

(212) 506-5151
*FAX number*