UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER FREEMAN,<br><br>        Plaintiff,<br><br>        v.<br><br>STAKE.COM, PRIMEDICE, EDWARD CRAVEN, BIJAN TEHRANI, SLICEMEDIA B.V., MEDIUM RARE N.V., EASYGO SOLUTIONS PTY LTD, MEBIT.IO, AND MLADEN VUČKOVIĆ,<br><br>        Defendants. | Case No. 22-CV-7002 (RA) |

## **DEFENDANTS' NOTICE OF MOTION TO DISMISS COMPLAINT**

PLEASE TAKE NOTICE that, upon this Notice of Motion to Dismiss, the accompanying Memorandum of Law and exhibit thereto, the Declaration of David H. McGill and exhibits thereto, and the Declarations of Bijan Tehrani, Edward Craven, and Mladen Vučković, the Defendants will move this Court, before the Honorable Ronnie Abrams, United States District Judge, Southern District of New York, at 40 Foley Square, New York, New York 10007, on a date and a time designated by the Court, for an Order, pursuant to Rule 12 of the Federal Rules of Civil Procedure to dismiss the Amended Complaint in its entirety and with prejudice, on the grounds that the Court lacks jurisdiction over the Complaint and the claims are time-barred, impermissibly grouped, duplicative, and inadequately pleaded. Oral argument is requested on a date and at a time designated by the Court.

Dated: February 9, 2023

        Respectfully submitted,

        Orrick, Herrington & Sutcliffe LLP

        By: */s/ David McGill*
            David McGill
            Columbia Center
            1152 15th Street, N.W.
            Washington, D.C. 20005-1706
            Telephone: (202) 339-8400
            Email: dmcgill@orrick.com

            R. David Hosp
            222 Berkeley Street
            Suite 2000
            Boston, MA 02116
            Telephone: (617) 880-1802
            Email: dhosp@orrick.com

            Sachi Schuricht (pro hoc vice forthcoming)
            405 Howard Street
            San Francisco, CA 94105
            Telephone: (415) 773-4583
            Email: sschuricht@orrick.com

            Eliza Lehner (pro hoc vice forthcoming)
            51 West 52 Street
            New York, NY 10019
            Telephone: (212) 506-5000
            Email: elehner@orrick.com

        *Attorneys for Defendants*