UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER FREEMAN,<br><br>            Plaintiff,<br><br>            v.<br><br>STAKE.COM, PRIMEDICE, EDWARD CRAVEN, BIJAN TEHRANI, SLICEMEDIA B.V., MEDIUM RARE N.V., EASYGO SOLUTIONS PTY LTD, MEBIT.IO, AND MLADEN VUČKOVIĆ.<br><br>            Defendants. | Case No. 22-CV-7002 (RA) |

### **DECLARATION OF EDWARD CRAVEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT**

I, EDWARD CRAVEN, hereby declare as follows:

1. I am a co-founder of Primedice and the separate business that operates the Stake.com website. I make this declaration in support of Defendants' motion to dismiss. I have personal knowledge of the facts set forth below and if called as a witness I could and would testify competently to those facts.

2. I am and have been an Australia citizen residing in Australia since at least 2014. I did not live in, work from, or travel to New York from 2016-2022.

**EasyGo Solutions**

3. EasyGo Solutions Pty Ltd. is an Australia limited liability company. I am its sole member.

4. EasyGo does not and has never owned property, had offices, had employees, or had bank accounts in New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: February 9, 2023
               Melbourne, Australia

By: *Edward Craven*
     Edward Craven