

February 9, 2023

**Orrick, Herrington & Sutcliffe LLP**
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

+1 202 339 8400
**orrick.com**

*Via ECF*

**David McGill**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**E** dmcgill@orrick.com
**D** +1 202 339 8666
**F** +1 202 339 8500

Re:     *Freeman v. Stake.com, et al*, No. 22-cv-7002 (RA)

Dear Judge Abrams:

I write on behalf of the Defendants in the above-referenced matter in accordance with Rule 4.G of Your Honor's Individual Rules of Practice to request oral argument on the Defendants' motion to dismiss the complaint, filed on February 9, 2023.  This motion will be fully briefed as of April 13, 2023.  If the Court held oral argument, I would plan for two associates who worked on this brief, Eliza Lehner and Sachi Schuricht, to argue the motion in whole or in part.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE, LLP

BY: */s/ David McGill*
     David H. McGill

CC:     All counsel of record (via ECF)