UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER FREEMAN,

              Plaintiff,

  -against-

STAKE.COM, PRIMEDICE, EDWARD CRAVEN, BIJAN TEHRANI, SLICEMEDIA B.V., MEDIUM RARE N.V., EASYGO, MEBIT.IO, AND MLADEN VUCKOVIC.

              Defendants.

Civil Action

22-cv-7002 (RA)

---

### AFFIDAVIT OF SIMON LACHERÉ

SIMON LACHERÉ, being duly sworn, deposes and says:

1. I am an Avocat à la Cour, or attorney, in France at the Barreau des Hauts-de-Seine with an office address 61 Rue de Villiers, Neuilly sur Seine, 92208 France. I submit this affidavit based on my own personal knowledge except, where indicated, based on knowledge gained in the course of my representation of my client in France who has been harmed by participating in Defendant Stake.com's prohibited gambling activities in France including after July 2021

1. *Je soussigné Simon Lacheré, avocat au barreau des Hauts-de-Seine ayant mon cabinet 61, rue de Villiers à Neuilly-sur-Seine (92208) en France, rédige cet affidavit sur base d'informations dont je dispose personnellement sauf, lorsque précisé, sur base d'informations reçues dans le cadre de la représentation de ma cliente en France qui se prévaut d'un préjudice lié à l'utilisation du site illicite*



*Stake.com en France. Une partie au moins de ce préjudice a été subie postérieurement au moins de Juillet 2021.*

2. In connection with that legal representation, I have learned that the Civil Court of Paris ("tribunal judiciaire de Paris"), in a ruling dated July 12, 2021, prohibited internet service providers operating in France from providing access to the websites "www.stake.com" and "stake.com". Annexed hereto as Exhibit A is a true and correct copy of the ruling.

*2. En lien avec la représentation des intérêts de ma cliente, j'ai eu à connaitre de ce que le tribunal judiciaire de Paris, dans un jugement daté du 12 juillet 2021, a mis en demeure les fournisseurs d'acces internet opérant en France de cesser de permettre l'accès aux sites internet « www.stake.com » et « stake.com ». Annexée aux présentes figure une copie de ce jugement (Annexe A).*

3. The Civil Court of Paris issued the ruling against the Defendant Medium Rare N.V., acting through its ownership of the domain Stake.com. The ruling was rendered based on formal reports dated June 22 and July 6, 2021 establishing that Medium Rare N.V., which is not a licenced operator licence in accordance with section 21 of law 2010-476 on online gambling regulation, was offering online gambling services to the public on French territory.

*3. Le tribunal judiciaire de Paris a statué à l'encontre de Medium Rare N.V. se présentant comme l'opérateur du site Stake.com. Le jugement visé a été établi sur la base de deux procès verbaux de constat datés des 22 juin et 6 juillet 2021 relevant que Medium Rare N.V., qui ne figurait pas sur la liste des opérateurs bénéficant de l'agrément délivré par l'Autorité Nationale des Jeux conformément à l'article 21 de la loi n°2010-476 sur la régulation des offres de jeu en ligne, proposait à destination du public, sur le territoire français, des jeux de hasard et d'argent en ligne.*



4. The Court's ruling was the outcome of an application filed by the Chairman of the French Gambling Authority known in France as the Autorité Nationale des Jeux ("ANJ"). The ruling states that the Chairman of the ANJ sent a formal notice to Medium Rare N.V. on June 28, 2021 to cease all illegal activities on French soil.

4. *Le jugement visé est la conséquence d'une action conduite par le président de l'Autorité Nationale des Jeux Française. Le jugement énonce que le président de l'ANJ a adressé une mise en demeure à Medium Rare N.V. le 28 juin 2021 de cesser toute activité illégale sur le territoire français.*

5. As a result of the foregoing, the Court put into place digital blocking measures to be maintained for "as long as the manifestly unlawful disturbance is found".

5. *En consequence, le tribunal a enjoint de mettre en œuvre toute mesure appropriée de blocage pour empêcher l'accès au site « tant que le trouble manifestement illicite constaté perdurera ».*

6. I was able to observe that these blocking measures were still active on March 20, 2023. Any attempt to access the site www.stake.com from France using my internet service provider "Orange" results in a warning notice from the ANJ identifying the site as illegal. Annexed hereto as Exhibit B is a true and correct screen capture of the notice.

6. *J'ai été en mesure de constater que les mesures de blocage étaient toujours effectivement appliquées à date du 20 mars 2023. Toute tentative de connexion au site www.stake.com depuis la France, au moyen d'un appareil connecté au réseau « Orange », résultait en une notification de l'ANJ me présentant le site comme illégal. Annexée au présente figure une copie d'écran authentique de cette notification (Annexe B).*

7. On the date hereof, I confirm that Medium Rare N.V. does not appear on the public register of operators approved by the ANJ.

7.  *Aux dates des présentes, je confirme que Medium Rare N.V. ne figure pas au registre public des opérateurs agréés par l'ANJ.*

8.  I have personally confirmed with ANJ officials that the ANJ never issued Stake.com a licence, or otherwise granted it permission, to operate in France.

8.  *J'ai personnellement obtenu confirmation de la part de l'ANJ de ce que Stake.com n'avait jamais obtenu de licence lui permettant d'opérer en France, ni aucune autre forme d'autorisation.*

9.  The Court's jurisdiction was exclusively civil.

9.  *La competence du tribunal judiciaire de Paris était exclusivement civile.*

10. In French criminal law, there is an offence relating to the illegal offer of online betting or gambling services provided for by section 56 of law n°2010-476 of May 12, 2010 as amended by ordinance n°2012-351 of March 12, 2012.

10. *En droit penal français, il existe une infraction relative à l'offre illégale, en ligne, de paris ou de jeux d'argent et de hasard visée à l'article 56 de la loi n°2010-476 datée du 12 mai 2010 telle qu'amendée par l'ordonnance n°2012-351 du 12 mars 2012.*

11. The aforementioned section provides that: "Anyone who offers or proposes to the public an online betting or gambling offer without being the holder of the approval mentioned in Article 21 or of an exclusive right is punished by three years' imprisonment and a fine of €90,000. These penalties are increased to seven years' imprisonment and a fine of €200,000 when the offence is committed by an organized group".

11. *La disposition susvisée dispose que « Quiconque aura offert ou proposé au public une offre en ligne de paris ou de jeux d'argent et de hasard sans être titulaire de l'agrément mentionné à l'article 21 ou d'un droit exclusif est puni de trois ans d'emprisonnement et de 90 000 € d'amende. Ces*

peines sont portées à sept ans d'emprisonnement et à 200 000 € d'amende lorsque l'infraction est commise en bande organisée. ».

12. Accordingly, the engagement of an individual, directly or through corporations, in the management of an unauthorizd gambling website could be qualified as criminal by a French penal court.

12. *Il s'en suit que la participation d'une personne physique, directement ou par l'intermédiaire d'une personne morale, à l'exploitation d'un site de paris ou de jeux d'argent et de hasard non-autorisé est susceptible d'être qualifiée pénalement par une juridiction pénale française.*

13. I confirm there was no slot available at the US Embassy located 2, avenue Gabriel in Paris, to have this affidavit notarized before the hearing date. My signature has been authenticated according to the French procedure. This procedure requires that the signature be applied to a document translated into French, which is why each paragraph of this affidavit is translated. I am disposed to notarize this document later at the US Embassy if the United States District Court of the Southern District of New York needs me to.

13. *Je confirme par les présentes qu'aucun créneau n'était disponible à l'ambassade des Etats-Unis d'Amérique sise 2, avenue Gabriel à Paris, aux fins de faire « notarier » ma signature. Ma signature a été authentifiée conformément à la procédure française. Cette dernière requiert que ma signature soit aposée sur un document traduit en Français, raison pour laquelle chaque paragraphe de cet affidavit est traduit. Je suis diposé à notarier ma signature ultérieurement à l'ambassade des Etats-Unis si la United State District Court du Southern District of New York le requiert.*

Dated: Paris, France
March_22_, 2023

Simon Lacheré

Vu, uniquement pour la certification matérielle de la signature de M. ......LACHEM.........
......Simon...Emmanuel, Benoit

22 MARS 2023

Pour le Maire de Paris et par délégation
Le fonctionnaire de la Mairie du 16e arrdt.

Jean-François MOUZONG

POUR AUTORITÉ ADMINISTRATIVE ÉTRANGÈRE