# EXHIBIT B



# SITE INACCESSIBLE

**L'accès à ce site que vous tentez de consulter
est bloqué en exécution d'une décision de la Présidente de l'Autorité nationale des jeux**

L'accès à ce site que vous tentez de consulter est bloqué en exécution d'une décision de la Présidente de l'Autorité nationale des jeux (art. 61 de la loi n° 2010-476 du 12 mai 2010 modifiée).

Cette mesure a été ordonnée car ce site constitue un contenu illicite de jeux d'argent et de hasard en ligne accessible sur le territoire français.

Les sites illégaux sont dangereux. Ainsi, contrairement aux opérateurs légalement autorisés par l'ANJ, les personnes qui exploitent ou font la promotion de ces sites ne sont soumis à aucune obligation de protection des personnes vulnérables, de garantie de paiement des joueurs et de traitement des données à caractère personnel (captation de données d'identité et bancaires). Ces personnes s'exposent à de lourdes sanctions pénales (3 ans d'emprisonnement et 90 000 euros d'amende pour ceux qui proposent ces jeux illégaux et 100 000 euros d'amende pour ceux qui en font la publicité). Aucune action en justice de la part du joueur ne peut être engagée contre ces sites illicites, notamment pour obtenir d'eux le paiement des gains.

Il est rappelé que les sites proposant des jeux de casinos (roulette, blackjack, machines à sous) sont interdits en France, en dépit de ce que les opérateurs de tels sites affirment parfois.

Vous pouvez contacter l'ANJ au sujet de cette mesure de blocage en envoyant un message à l'adresse offre-illegale@anj.fr.

Enfin, si vous souhaitez évaluer votre pratique de jeu et bénéficier de conseils personnalisés, faites le test entièrement anonyme accessible sur le site www.evalujeu.fr.

Pour plus d'informations sur les missions de l'ANJ et les opérateurs légalement autorisés par celle-ci, consultez son site Internet www.anj.fr.

Vous pouvez contacter l'ANJ au sujet de cette mesure de blocage en envoyant un message à l'adresse offre-illegale@anj.fr.

Enfin, si vous souhaitez évaluer votre pratique de jeu et bénéficier de conseils personnalisés, faites le test entièrement anonyme accessible sur le site www.evalujeu.fr.

Pour plus d'informations sur les missions de l'ANJ et les opérateurs légalement autorisés par celle-ci, consultez son site Internet www.anj.fr.

**Informations légales :**

*La page "offre-illegale.anj.fr" est gérée par l'Autorité Nationale des Jeux, 99-101 rue Leblanc, 75015 Paris, France.*
*Le directeur de la publication est Madame Isabelle FALQUE-PIERROTIN, Présidente de l'ANJ.*
*La conception éditoriale, le suivi, la maintenance technique et les mises à jour de cette page sont assurés par les services de l'ANJ.*
*Cette page est développée en html+css. Hébergeur : OVER-LINK SAS. (1501.route des dolines 06560 SOPHIA-ANTIPOLIS FRANCE Tél: +33 8 99 49 06 69).*
*Cette page n'utilise pas de marqueur de visites. Aucune donnée à caractère personnel liée à l'accès à cette page n'est traitée par l'ANJ.*

| Not secured – stake.com |
| --- |

[Logo] AUTORITE NATIONALE DES JEUX [NATIONAL GAMING AUTHORITY]

# WEBSITE INACCESSIBLE

**Access to this website that you are trying to view
has been blocked pursuant to a decision of the President of the National Gaming Authority**

The access to this website that you are trying to view has been blocked pursuant to a decision of the President of the National Gaming Authority (Art. 61 of Act No. 2010-476 of [illegible]

This measure has been ordered because this website makes illegal online gambling accessible on French territory.

Illegal websites are dangerous. Unlike operators legally authorized by the ANJ, the persons operating or promoting these websites are not subject to any obligation to protect vulnerable persons, to guarantee payment to players and to process personal data (collection of identity data and bank details). These people risk significant criminal penalties (3 years imprisonment and a 90,000 euro fine for those who offer these illegal games and a 100,000 euro fine for those who advertise them). No legal action can be taken by the player against these illegal websites, in particular to obtain payment of winnings from them.

It is reiterated that websites offering casino games (roulette, blackjack, slot machines) are prohibited in France, despite what the operators of such websites sometimes claim.

You can contact the ANJ about this blocking measure by sending a message to offre-illegale@anj.fr

Lastly, if you would like to review your gambling habits and receive personalized advice, take the completely anonymous test available on the website www.evalujeu.fr.

For more information about the missions of the ANJ and the operators legally authorized by it, you may visit its website at www.anj.fr.

You can contact the NJA about this blocking measure by sending a message to offre-illegale@anj.fr.

Lastly, if you would like to review your gambling habits and receive personalized advice, take the completely anonymous test available on the website www.evalujeu.fr.

For more information about the missions of the ANJ and the operators legally authorized by it, you may visit its website at www.anj.fr.

**Legal information:**

*The "offre-illegale.anj.fr" page is managed by the National Gaming Authority, 99-101 rue Leblanc, 75015 Paris, France.*
*The publication manager is Ms. Isabelle FALQUE-PIERROTIN, President of the ANJ.*
*The services of the ANJ are responsible for the editorial design, monitoring, technical maintenance and updates of this page.*
*This page is developed in html+css. Host: OVER-LINK SAS. (1501.route des dolines 06560 SOPHIA ANTIPOLIS FRANCE Tel: +33 8 99 49 06 69).*
*This page does not count page views. No personal data related to the access to this page is processed by the ANJ.*



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**EXHIBIT B Lachere**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

Dan McCourt

Sworn to before me this
March 23, 2023

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE