GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629
E-MAIL: info@gagespencer.com

March 30, 2023

VIA ECF

The Honorable Ronnie Abrams
United States District Court for the
   Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Freeman v. Stake.com, et al*, No. 1:22-cv-07002-RA (S.D.N.Y.)

Dear Judge Abrams:

We represent plaintiff Christopher Freeman in the above-captioned matter. On March 23, we submitted Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint (ECF Doc. No. 45). On page 16 of our memorandum, in footnote 2 on that page, we erroneously wrote that an attorney, Daniel Friedberg, "is currently under indictment for his legal work in connection with FTX." The statement should have read that Mr. Friedberg "is currently reported to have entered a cooperation deal with prosecutors in connection with the criminal indictment filed against FTX founder Samuel Bankman-Fried." We regret the error.

Respectfully submitted,

*/s/ William B. Fleming*

William B. Fleming